IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL KRUTSINGER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-cv-995-DWD |
| | ) |
| **EQUIAN, LLC,** | ) |
| | ) |
| Defendant. | ) |

## AGREED PROTECTIVE ORDER

**DUGAN, District Judge:**

On July 21, 2021, Plaintiff filed a motion for entry of a protective order. (Doc. 48) Counsel for Defendant has reviewed and consented to the proposed protective order. (Doc. 48 at 1) Accordingly, the motion for protective order (Doc. 48) is GRANTED.

Plaintiff executed a Release and Apportionment Agreement with Union Pacific Railroad Company concerning an injury to the Plaintiff, which occurred on July 6, 2017, when the Plaintiff was working as an employee of Union Pacific Railroad in Salem, Illinois. This Release and Apportionment Agreement was executed by the Plaintiff on June 26, 2020. The Release provided that the entire Release would be confidential and prohibited the Plaintiff from disclosing the contents of the Release to anyone.

Defendant has requested a copy of this Release and Apportionment Agreement in discovery. Plaintiff has agreed to produce the Release and Apportionment Agreement to the Defendant, subject to Union Pacific Railroad Company also agreeing to its production pursuant to this Order. Union Pacific Railroad Company is represented to have consented

to production of the document subject to the entry of a Protective Order. Accordingly, the Plaintiff shall produce to Defendant the Release and Apportionment Agreement subject to the terms of this order:

Defendant shall not disseminate the Release and Apportionment Agreement to any person outside of this lawsuit and specifically shall not disseminate it on the Internet in any electronic format.

Any attorney, paralegal, or any employee of the law firm representing Defendant shall be made aware of this Protective Order and be bound by it. If any witness or expert retained by Defendant reviews the Release and Apportionment Agreement, those persons will also be aware of and subject to this order.

At the termination of this lawsuit, Defendant shall return any copies of this Release and Apportionment Agreement to Plaintiff and ensure that no person has retained a copy.

**SO ORDERED.**

Dated: July 22, 2021

_____
DAVID W. DUGAN
United States District Judge